IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRUCE A. PEDEN**                                                                                                   **PLAINTIFF**

**v.**                                              **No. 3:13CV00030 KGB**

**BUCKEYE RETIREMENT CO., LLC, LTD**
**and BRIDGES, YOUNG, MATTHEWS and DRAKE, PLC**                       **DEFENDANTS**

## ORDER

The parties, along with the Chapter 7 Trustee in plaintiff's bankruptcy case, have filed a joint stipulation for dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 22). Accordingly, this action is dismissed with prejudice. Each party shall bear its own costs, attorney's fees, and expenses. The Clerk is directed to term docket numbers 10 and 12.

SO ORDERED this 30th day of April, 2013.

_____
Kristine G. Baker
United States District Judge